The Full Commission has reviewed this matter based upon the record of the proceedings before Commissioner Laura K. Mavretic and the briefs and oral arguments before the Full Commission. The appealing party has not shown good ground to reconsider the evidence, receive further evidence or to amend the Order.
Therefore, the Full Commission hereby AFFIRMS and ADOPTS the Order of Commissioner Laura K. Mavretic, filed 11 September 1995, and plaintiff's claim is hereby DISMISSED WITH PREJUDICE.
Each side shall pay their own costs.
 S/ _______________________ THOMAS J. BOLCH COMMISSIONER
CONCURRING:
S/ _______________________ COY M. VANCE COMMISSIONER
S/ _______________________ WILLIAM L. HAIGH CHIEF DEPUTY COMMISSIONER